IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES L. BROOKS,

      Plaintiff,                         No. CIV S-07-1686 LEW GGH P

   vs.

SUSAN L. HUBBARD, et al.,

      Defendants.

                     /              ORDER

       Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On December 21, 2007, the court issued an order finding that the complaint stated colorable Eighth Amendment, due process, retaliation, and access to the courts claims against defendants Feliciano, Wright, Street, Van Leer, Perry and Felker. The court dismissed the remaining claims with leave to file an amended complaint within thirty days. Thirty days passed and plaintiff did not file an amended complaint.

       Accordingly, the court now orders service of the claims found colorable and separately recommends dismissal of the remaining claims.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Service is appropriate for the following defendants: Feliciano, Wright, Street, Van Leer, Perry and Felker.

1

1      2. The Clerk of the Court shall send plaintiff 6 USM-285 forms, one summons,
2  an instruction sheet and a copy of the complaint filed August 17, 2007.
3      3. Within thirty days from the date of this order, plaintiff shall complete the
4  attached Notice of Submission of Documents and submit the following documents to the court:
5      a. The completed Notice of Submission of Documents;
6      b. One completed summons;
7      c. One completed USM-285 form for each defendant listed in number 3
8      above; and
9      d. Seven copies of the endorsed complaint filed August 17, 2007.
10     4. Plaintiff need not attempt service on defendants and need not request waiver of
11 service. Upon receipt of the above-described documents, the court will direct the United States
12 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
13 without payment of costs.

DATED: 03/06/08

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

2

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES L. BROOKS,

        Plaintiff,                       No. CIV S-07-1686 LEW GGH P

    vs.

SUSAN L. HUBBARD, et al.,          <u>NOTICE OF SUBMISSION</u>

        Defendants.                <u>OF DOCUMENTS</u>

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____    completed summons form

        _____    completed USM-285 forms

        _____    copies of the _____
                                Complaint/Amended Complaint

DATED:

                                                _____
                                                Plaintiff