IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES L. BROOKS,

      Plaintiff,                      No. CIV S-07-1686 LEW GGH P

      vs.

SUSAN L. HUBBARD, et al.,

      Defendants.              FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On December 21, 2007, the court issued an order finding that the complaint stated colorable Eighth Amendment, due process, retaliation, and access to the courts claims against defendants Feliciano, Wright, Street, Van Leer, Perry and Felker. The court dismissed the remaining claims with leave to file an amended complaint within thirty days. Thirty days passed and plaintiff did not file an amended complaint.

        Accordingly, for the reasons stated in the December 21, 2007, order the court separately orders service of the colorable claims against defendants Feliciano, Wright, Street, Van Leer, Perry and Felker and recommends dismissal of the remaining claims.

        Accordingly, IT IS HEREBY RECOMMENDED that all claims in the complaint but for those found colorable in the December 21, 2007, order against defendants Feliciano,

1

Wright, Street, Van Leer, Perry and Felker be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED:  03/06/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

br1686.56