1
2
3
4
5
6
7

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES L. BROOKS,

      Plaintiff,                 No. CIV S-07-1686 LEW GGH P

     vs.

SUSAN L. HUBBARD, et al.,

      Defendants.          <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed March 6, 2008, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On March 21, 2008, plaintiff submitted the USM-285 forms and summons, but failed to file seven complete copies of the complaint.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to return the copy of the complaint submitted by plaintiff on March 21, 2008; and

/////

/////

1

2. Within thirty days, plaintiff shall submit to the court the copies required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: April 1, 2008

/s/ Gregory G. Hollows
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:cm
broo1686.8f