IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES L. BROOKS,

    Plaintiff,                        No. CIV S-07-1686 LEW GGH P

    vs.

SUSAN HUBBARD, et al.,

    Defendants.                ORDER

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed April 1, 2008, this court ordered plaintiff to return to the court, within thirty days, seven complete copies of the complaint filed on August 17, 2007 which are required to effect service on the defendants. On April 14, 2008, plaintiff submitted seven incomplete copies of his complaint filed on August 17, 2007.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send plaintiff a copy of the complaint filed on August 17, 2007; and

/////

/////

/////

1

2. Within thirty days, plaintiff shall submit to the court seven complete copies of the complaint provided with this order which are required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: 04/28/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:ak
broo1686.8f(2)