# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES BROOKS, | 2:07-CV-1686-RLH (VPC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | December 15, 2008 |
| SUSAN HUBBARD, et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Defendants Feliciano and Wright's request for an extension of time to November 22, 2008 to respond to plaintiff's discovery requests (#29) is **GRANTED** *nunc pro tunc*.

   **IT IS SO ORDERED.**

                                                            LANCE S. WILSON, CLERK

                                         By:         /s/
                                                        Deputy Clerk