UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JAMES L. BROOKS,

       Plaintiff,                  No. 2:07-CV-1686-RLH-VPC

vs.

SUSAN HUBBARD, et al.,

       Defendants.          **ORDER & WRIT OF HABEAS CORPUS**
_____/             **AD TESTIFICANDUM**

       James L. Brooks, inmate #H-51514, a necessary and material witness in proceedings in this case on January 12, 2009, is confined in High Desert State Prison, P.O. Box 3030, Susanville, CA 96130, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Valerie P. Cooke, to appear telephonically at High Desert State Prison, January 26, 2009, at 2:00 p.m.

       ACCORDINGLY, IT IS ORDERED that:

       1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephone before the United States District Court at the time and place above, until completion of court proceedings or as ordered by the court;

       2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  Warden, High Desert State Prison, P.O. Box 3030, Susanville, CA 96130:**

       **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephone, until completion of the proceedings or as ordered by the court.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: January 12, 2009

_____
VALERIE P. COOKE,
UNITED STATES MAGISTRATE JUDGE