EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of the State of California
DAVID S. CHANEY, State Bar No. 73315
Chief Assistant Attorney General
ROCHELLE C. EAST, State Bar No. 183792
Senior Assistant Attorney General
DAVID A. CARRASCO, State Bar No. 160460
Supervising Deputy Attorney General
MARTA C. BARLOW, State Bar No. 230294
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-8789
 Fax:          (916) 324-5205
 Email: Marta.Barlow@doj.ca.gov

Attorneys for Defendants Felker, Wright, Peery,
Feliciano and Van Leer

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JAMES L. BROOKS,** <br><br> Plaintiff, <br><br> v. <br><br> **SUSAN L. HUBBARD, et al.,** <br><br> Defendants. | 2:07-CV-01686 RLH VPC P <br><br> **ORDER** |

The Court finds there is good cause to grant Defendants, Felker's, Peery's and Van Leer's request for an extension of time to file their responses to Plaintiff's discovery requests.

Accordingly, Defendants Feliciano and Wright shall file their responses within thirty days of the date of this order.

Dated: January 15, 2009

_____
Magistrate Judge Valerie P. Cooke

[Proposed] Order

1