UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAMES L. BROOKS, | CASE NO. 2:07-CV-01686-RLH-VPC |
| Plaintiff, | |
| vs. | STATUS REPORT REGARDING |
| SUSAN HUBBARD, et al., | SETTLEMENT CONFERENCE |
| Defendant(s). | |

   This case did not settle during the January 22, 2009, settlement conference before the undersigned Magistrate Judge at High Desert State Prison, nor during the ensuing 30 day period extended to the parties to reopen mediation.

   Therefore, the reference to the undersigned has expired and this case is removed from the Prison Mediation Program for the Eastern District of California.

   It is so ordered,

DATED: February 24, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE