EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of the State of California
DAVID S. CHANEY, State Bar No. 73315
Chief Assistant Attorney General
ROCHELLE C. EAST, State Bar No. 183792
Senior Assistant Attorney General
DAVID A. CARRASCO, State Bar No. 160460
Supervising Deputy Attorney General
MARTA C. BARLOW, State Bar No. 230294
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 323-8789
  Fax: (916) 324-5205
  Email: Marta.Barlow@doj.ca.gov

Attorneys for Defendants Felker, Wright, Peery, Feliciano, and Van Leer

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAMES L. BROOKS,<br><br>                              Plaintiff,<br><br>v.<br><br>SUSAN L. HUBBARD, et al.,<br><br>                             Defendants. | 2:07-CV-01686 LEW GGH P<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii) |

///
///
///
///
///
///
///
///

Stipulation of Voluntary Dismissal

1

| | |
|---|---|
| 1 | IT IS STIPULATED that the above-entitled action shall be dismissed as to all defendants, |
| 2 | under Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with prejudice. |

DATED: February 19, 2009

_____
JAMES L. BROOKS, CDCR No. H-51514
Plaintiff

DATED: February 24, 2009

_____
MARTA C. BARLOW
Deputy Attorney General
Attorney for Defendants

30668174.wpd
SA2008303381

**IT IS SO ORDERED:**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: March 5, 2009**

Stipulation of Voluntary Dismissal

2

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Brooks v. Hubbard, et al.**
No.: **2:07-CV-01686 LEW GGH P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On March 5, 2009, I served the attached **Stipulation of Voluntary Dismissal With Prejudice** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

James L. Brooks, H-51514
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 5, 2009, at Sacramento, California.

| M. L. Morgan | */s/ M. L. Morgan* |
|---|---|
| Declarant | Signature |

SA2008303381
30684451.doc