UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES BROOKS, | ) | 2:07-CV-1686-RLH (VPC) |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | December 28, 2009 |
| | ) | |
| SUSAN L. HUBBARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Plaintiff filed a motion for default stating that he was not paid the monies due to him pursuant to a settlement reached in January 2009 (#50).  Defendants responded to the motion with a notice of proof of payment of the settlement amount (#52).  Therefore, plaintiff's motion for default (#50) is **DENIED**.  This case is closed.  The Clerk shall not accept any further documents from plaintiff for filing in this closed case.

   **IT IS SO ORDERED**.

                                                                    VICTORIA C. MINOR, CLERK

                                          By:            /s/
                                                                    Deputy Clerk